UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kimberly L. Terry<br>Twon D. Terry, Sr.<br><br>　　　　　　　　　Debtor(s)<br><br>Bayview Loan Servicing, LLC, a Delaware Limited<br>Liability Company<br>　　　　　　　　　Movant<br>　　v.<br>Kimberly L. Terry<br>Twon D. Terry, Sr.<br>　　　　　　　　　Respondent(s)<br>　　　　　　　and<br>Robert Shearer Esq., Trustee<br>　　　　　　　　　Additional Respondent | **DEFAULT O/E JAD**<br><br>BANKRUPTCY NO. 19-20426-JAD<br><br>CHAPTER 7<br><br>Related to Doc. No. 24 |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 22nd day of May, 2019, at Pittsburgh, upon Motion of Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 1423 Maple Avenue, Verona, PA 15147 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
　Kimberly L. and Twon D. Terry, Sr.
　Kenneth Steidl, Esquire
　James C. Warmbrodt, Esquire
　Robert Shearer, Esquire
　Office of United States Trustee

FILED
5/23/19 7:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Twon D. Terry, Sr.
Kimberly L. Terry
    Debtors

Case No. 19-20426-JAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: May 23, 2019
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2019.
db/jdb      +Twon D. Terry, Sr.,   Kimberly L. Terry,   1423 Maple Ave.,   Verona, PA 15147-2409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2019 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com
        Jennifer L. Cerce    on behalf of Creditor   Penn Hills School District jlc@mbm-law.net
        Kenneth Steidl    on behalf of Debtor Twon D. Terry, Sr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
        Kenneth Steidl    on behalf of Joint Debtor Kimberly L. Terry julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
        Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Robert Shearer    information@robertshearer.com, rshearer@ecf.axosfs.com;rspclaw@gmail.com
        Robert Shearer    on behalf of Trustee Robert Shearer information@robertshearer.com, rshearer@ecf.axosfs.com;rspclaw@gmail.com
        S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
        TOTAL: 9