**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Twon D. Terry Sr.** | Social Security number or ITIN | **xxx−xx−3643** |
| | First Name  Middle Name  Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kimberly L. Terry** | Social Security number or ITIN | **xxx−xx−1699** |
| | First Name  Middle Name  Last Name | EIN | _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **19−20426−JAD**

# Order of Discharge                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Twon D. Terry Sr.                              Kimberly L. Terry

6/12/19                                        **By the court:**  Jeffery A. Deller
                                                                United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-20426-JAD
Twon D. Terry, Sr.                                                        Chapter 7
Kimberly L. Terry
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin              Page 1 of 3           Date Rcvd: Jun 12, 2019
                              Form ID: 318             Total Noticed: 86

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2019.
```
db/jdb         +Twon D. Terry, Sr.,    Kimberly L. Terry,    1423 Maple Ave.,    Verona, PA 15147-2409
cr             +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,   Suite 3,
                 Pittsburgh, PA 15235-4441
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14999907        Allegheny Clinic,    PO Box 14000,    Belfast, ME 04915-4033
14999909        Allstate Insurance Company,    P.O. Box 660598,    Dallas, TX 75266-0598
14999911       +Associates in Neurology,    5750 Centre Avenue, Suite 100,    Pittsburgh, PA 15206-3762
14999914        Autovest LLC of Pennsylvania,    c/o MarkOne FInancial LLC,    PO Box 2247,
                 Southfield, MI 48037-2247
14988038        Bayview Loan Servicing,    Po Box 331409,    Miami, FL 33233-1409
14999916        Bayview Loan Servicing LLC,    PO Box 650091,    Dallas, TX 75265-0091
14999917        Bristol West Insurance Group,    c/o Jeffrey Gretz,    PO Box 14227,    Pittsburgh, PA 15239-0227
14999918       +Budget Transmission,    3301 Library Road,    Pittsburgh, PA 15234-2632
14999922      ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
               (address filed with court: Collection Service Center Inc.,    106 N. Mckean St.,   PO Box 1623,
                 Butler, PA 16003)
14999919        Center for Rehab Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
14999920       +Citizens Bank,   One Citizens Plaza,    Providence, RI 02903-1339
14999921        Citizens Bank N.A.,    c/o Convergent Outsouring Inc.,    PO Box 1280,    Oaks, PA 19456-1280
14988040       +Concentric Record Management,    9610 Longpoint Rd.,    #350,    Houston, TX 77055-4271
14999926        Credence Resource Management,    PO Box 2390,    Southgate, MI 48195-4390
14999935        Gary R. Liberati DMD & Associates,    509 Long Road,    Pittsburgh, PA 15235-4330
14999936        Geico,   One Geico Plaza,    Bethesda, MD 20810-0010
14999938        Gloria Novak,    39 Riverview Avenue,    Pittsburgh, PA 15214-2218
14999939       +Gulf Coast Collections,    PO Box 21239,    Sarasota, FL 34276-4239
14999940        Health America,    PO Box 6536,    Carol Stream, IL 60197-6536
14999943        Health Associates of Western PA,    P.O. Box 1236,    Butler, PA 16003-1236
14999944        High Field Imaging PC,    995 Greentree Road,    Pittsburgh, PA 15220-3242
14988044        KML Law Group,    BNY Mellon Independence Center,    701 Market Street - Suite 5000,
                 New York, NY 10106
14999947        Laboratory Corporation of America,    c/o LCA Collections,    PO Box 2240,
                 Burlington, NC 27216-2240
14999948       +Lamont Hanley and Assoc,    1138 Elm Street,    P.O. Box 179,    Manchester, NH 03105-0179
14999949       +Liberty Mutual insurance,    12 Federal St #310,    Pittsburgh, PA 15212-5753
14999950       +Maiello Brungo & Maiello Attorney at Law,    100 Purity Road,    Suite 3,
                 Pittsburgh, PA 15235-4441
14999952        Mercantile,   165 Lawrence Bell Drive, Suite 100,    Buffalo, NY 14221-7900
14999953        Mercantile Adjustment Bureau LLC,    PO Box 9016,    Buffalo, NY 14231-9016
14988046       +Municipal Authority of the Borough,    of Oakmont,    Water Department,    721 Allegheny Ave.,
                 Oakmont, PA 15139-1901
14996467       +OAKMONT WATER AUTHORITY,    PO BOX 73,    OAKMONT, PA 15139-0073
14999959       +PMNC,   222 Delaware Avenue,    Wilmington, DE 19801-1621
14999960       +PNC Bank,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14999956       +Peoples Gas,    375 N Shore Dr #600,    Pittsburgh, PA 15212-5866
14988047        Peoples Natural Gas Company,    PO Box 644760,    Pittsburgh, PA 15264-4760
14999958       +Pittsburgh Neurology Consult,    2571 Mosside Boulevard, Suite 4,    Monroeville, PA 15146-3576
14999962       +Progressive Insurance,    6300 Wilson Mills Road,    Mayfield Village, OH 44143-2182
14999964        Quest Diagnostics Venture LLC,    PO Box 740717,    Cincinnati, OH 45274-0717
14999966       +Santander Consumer USA Inc.,    c/o NCB Management Services Inc.,    PO Box 1099,
                 Langhorne, PA 19047-6099
14999967        State Farm,    PO Box 44110,    Jacksonville, FL 32231-4110
14999968        Suzuki Auto Financing,    P.O. Box 200,    Detroit, MI 48265-2000
14999969       +The Municipal Authority of the Borough,    of Oakmont,    721 Allegheny Avenue,    PO Box 73,
                 Oakmont, PA 15139-0073
14999970       +Travel Advantage Network Inc.,    672 Old Mill Road,    Millersville, MD 21108-1363
14999974       +UPMC East,    PO Box 382059,    Pittsburgh, PA 15250-0001
14999975        UPMC Health Services,    PO Box 371472,    Pittsburgh, PA 15250-7472
14999976        UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
14999977        UPMC St. Margarets Hospital,    P. O. Box 382059,    Pittsburgh, PA 15250-8059
14999978       +USDL Pittsburgh,    c/o Concentric Collection Co.,    PO Box 550609,    Houston, TX 77255-0609
14988048       +USDL Pittsburgh Inc,    665 Rodi Road,    2 Rodi Plaza, Suite 103,    Pittsburgh, PA 15235-4566
14999980        USDL Pittsburgh Inc.,    665 Rodi Road, Suite 103,    Pittsburgh, PA 15235-4566
14999972        University Drive VAH FCU,    University Drive, Room AE143,    Pittsburgh, PA 15240
14999973        University of Pittsburgh Physicians,    c/o CBCS,    PO Box 2724,    Columbus, OH 43216-2724
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QRSHEARER.COM Jun 13 2019 06:23:00      Robert Shearer,    5703 Brewster Lane,
                 Erie, PA 16505-1109
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 13 2019 02:39:57      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
```

```
District/off: 0315-2           User: admin                  Page 2 of 3                   Date Rcvd: Jun 12, 2019
                               Form ID: 318                 Total Noticed: 86


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
cr             +E-mail/Text: kburkley@bernsteinlaw.com Jun 13 2019 02:40:59      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14999913        EDI: CINGMIDLAND.COM Jun 13 2019 06:23:00      AT&T Mobility,    PO Box 6416,
                 Carol Stream, IL 60197-6416
14988037       +EDI: DCI.COM Jun 13 2019 06:23:00      AT&T Mobility,    c/o Diversified Consultants,
                 10550 Deerwood Park Blvd.,    Sutie 309,    Jacksonville, FL 32256-2805
14988036       +EDI: ACBK.COM Jun 13 2019 06:23:00      American Credit Acceptance,     961 East Main Street,
                 Spartanburg, SC 29302-2185
14999923        EDI: COMCASTCBLCENT Jun 13 2019 06:23:00      Comcast,    PO Box 3002,
                 Southeastern, PA 19398-3002
14988039       +EDI: SWCR.COM Jun 13 2019 06:23:00      Comcast Cable,    c/o SW Credit Systems,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
14999927       +E-mail/Text: bdsupport@creditmanagementcompany.com Jun 13 2019 02:40:36
                 Credit Management Company,    P.O. Box 16346,    Pittsburgh, PA 15242-0346
14999928        EDI: DIRECTV.COM Jun 13 2019 06:23:00      Directv,    PO Box 11732,    Newark, NJ 07101-0001
14988041       +E-mail/Text: kburkley@bernsteinlaw.com Jun 13 2019 02:40:59      Duquesne Light,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14999930        E-mail/Text: bknotice@ercbpo.com Jun 13 2019 02:40:16       ERC,    PO Box 23870,
                 Jacksonville, FL 32241-3870
14999931       +E-mail/Text: bankruptcy@erieinsurance.com Jun 13 2019 02:41:01       Erie Insurance,
                 100 Erie Insurance Plaza,    Erie, PA 16530-9000
14999933        EDI: AMINFOFP.COM Jun 13 2019 06:23:00      First Premier Bank,     3820 North Louise Avenue,
                 Sioux Falls, SD 57107-0145
14999934        E-mail/Text: bankruptcydepartment@tsico.com Jun 13 2019 02:40:49
                 Gary Liberati DMD & Highfield Imaging PC,    c/o Transworld Systems Inc.,     PO Box 15520,
                 Wilmington, DE 19850-5520
14999937        EDI: CCS.COM Jun 13 2019 06:23:00      Geico Choice Company,    c/o Credit Collection Services,
                 PO Box 55126,    Boston, MA 02205-5126
14999942       +E-mail/Text: bdsupport@creditmanagementcompany.com Jun 13 2019 02:40:36
                 Health Associates of Western PA,    c/o Credit Management Company,     PO Box 16346,
                 Pittsburgh, PA 15242-0346
14988043       +E-mail/Text: bdsupport@creditmanagementcompany.com Jun 13 2019 02:40:36
                 Health Associates of Western PA,    c/o Credit Management Co.,     2121 Noblestown Rd.,
                 Pittsburgh, PA 15205-3956
14999945        EDI: IRS.COM Jun 13 2019 06:23:00      Internal Revenue Service,     PO Box 7346,
                 Philadelphia, PA 19101-7346
14988042        EDI: JEFFERSONCAP.COM Jun 13 2019 06:23:00      Fingerhut,    c/o Jefferson Capital Systems,
                 16 McLeland Rd.,    Saint Cloud, MN 56303
14988045        E-mail/Text: musaauto_bknotice@musaauto.com Jun 13 2019 02:40:17       Mark One Financial,
                 PO BOX 550870,    Jacksonville, FL 32255-0870
14999955        E-mail/Text: bankruptcydepartment@tsico.com Jun 13 2019 02:40:49       NCO Financial Systems,
                 PO Box 4907,    Trenton, NJ 08650-4907
14999961        EDI: PRA.COM Jun 13 2019 06:23:00      Portfolio Recovery Associates,     P.O. Box 12914,
                 Norfolk, VA 23541
14999963        EDI: CCS.COM Jun 13 2019 06:23:00      Quest Diagnostics,    c/o Credit Collection Services,
                 PO Box 55126,    Boston, MA 02205-5126
14999965        EDI: DRIV.COM Jun 13 2019 06:23:00      Santander,    PO Box 660633,    Dallas, TX 75266-0633
14999971        EDI: CCS.COM Jun 13 2019 06:23:00      Travelers Insurance,    c/o Credit Collection Services,
                 PO Box 55156,    Boston, MA 02205-5156
14988049       +EDI: VERIZONCOMB.COM Jun 13 2019 06:23:00      Verizon,    Po Box 650584,    Dallas, TX 75265-0584
14999983        EDI: VERIZONCOMB.COM Jun 13 2019 06:23:00      Verizon,    500 Technology Drive, Suite 550,
                 Water Spring, MO 66304
14999982        EDI: VERIZONCOMB.COM Jun 13 2019 06:23:00      Verizon,    PO Box 15124,    Albany, NY 12212-5124
14999984        EDI: SWCR.COM Jun 13 2019 06:23:00      ViaStat,    c/o Southwest Credit,
                 4120 International Parkway, Suite 1100,    Carrollton, TX 75007-1958
14988050       +EDI: BLUESTEM Jun 13 2019 06:23:00      Webbank,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
14988051       +E-mail/Text: bankruptcynotice@westlakefinancial.com Jun 13 2019 02:40:03
                 West Lake Financial Services,    4751 Wilshire Blvd.,    Suite 100,    Los Angeles, CA 90010-3847
                                                                                               TOTAL: 32

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bayview Loan Servicing, LLC, a Delaware Limited Li
aty*           +Robert Shearer,    5703 Brewster Lane,    Erie, PA 16505-1109
14999912*      +AT&T Mobility,    c/o Diversified Consultants,    10550 Deerwood Park Blvd.,     Sutie 309,
                 Jacksonville, FL 32256-2805
14999908*       Allegheny Clinic,    PO Box 14000,    Belfast, ME 04915-4033
14999910*      +American Credit Acceptance,    961 East Main Street,    Spartanburg, SC 29302-2185
14999915*       Bayview Loan Servicing,    Po Box 331409,    Miami, FL 33233-1409
14999924*      +Comcast Cable,    c/o SW Credit Systems,    4120 International Parkway,    Suite 1100,
                 Carrollton, TX 75007-1958
14999925*      +Concentric Record Management,    9610 Longpoint Rd.,    #350,    Houston, TX 77055-4271
14999929*      +Duquesne Light,    411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14999941*      +Health Associates of Western PA,    c/o Credit Management Co.,     2121 Noblestown Rd.,
                 Pittsburgh, PA 15205-3956
```

```
District/off: 0315-2              User: admin                 Page 3 of 3                 Date Rcvd: Jun 12, 2019
                                  Form ID: 318                Total Noticed: 86


             ***** BYPASSED RECIPIENTS (continued) *****
14999932*        ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                  (address filed with court: Fingerhut,    c/o Jefferson Capital Systems,    16 McLeland Rd.,
                    Saint Cloud, MN 56303)
14999946*         KML Law Group,    BNY Mellon Independence Center,    701 Market Street - Suite 5000,
                   New York, NY 10106
14999951*        ++MUSA AUTO FINANCE,    PO BOX 550870,    JACKSONVILLE FL 32255-0870
                  (address filed with court: Mark One Financial,    PO BOX 550870,    Jacksonville, FL 32255-0870)
14999954*         +Municipal Authority of the Borough,    of Oakmont,    Water Department,    721 Allegheny Ave.,
                   Oakmont, PA 15139-1901
14999957*         Peoples Natural Gas Company,    PO Box 644760,    Pittsburgh, PA 15264-4760
14999979*         +USDL Pittsburgh Inc,    665 Rodi Road,    2 Rodi Plaza, Suite 103,    Pittsburgh, PA 15235-4566
14999981*         +Verizon,    Po Box 650584,    Dallas, TX 75265-0584
14999985*         +Webbank,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
14999986*         +West Lake Financial Services,    4751 Wilshire Blvd.,    Suite 100,    Los Angeles, CA 90010-3847
                                                                                               TOTALS: 1, * 18, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2019 at the address(es) listed below:
              James   Warmbrodt     on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Kenneth   Steidl    on behalf of Joint Debtor Kimberly L. Terry julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth   Steidl    on behalf of Debtor Twon D. Terry, Sr. julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert   Shearer     information@robertshearer.com,   rshearer@ecf.axosfs.com;rspclaw@gmail.com
              Robert   Shearer    on behalf of Trustee Robert   Shearer information@robertshearer.com,
               rshearer@ecf.axosfs.com;rspclaw@gmail.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 9
```